UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00037

**Jonathan Pendelton,**
*Plaintiff,*

v.

**FNU Johnson et al.,**
*Defendants.*

### ORDER

Plaintiff Jonathan Pendelton, a prisoner proceeding pro se, filed this civil suit without paying the filing fee. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On April 22, 2024, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to plaintiff's failure to comply with the court's order to file an amended complaint and pay the filing fee or submit an application to proceed *in forma pauperis*. Docs. 4, 6. A copy of the report was mailed to plaintiff, who received it on April 29, 2024. Doc. 8. Plaintiff did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on June 10, 2024.*

J. CAMPBELL BARKER
United States District Judge